ORIGINAL
FILED

07 JUL 17 PM 2: 04

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

1  Glenn E. Westreich (State Bar No. 100457)
   Rosalyn P. Mitchell (State Bar No. 173829)
2  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
3  San Francisco, CA 94111
   Telephone: (415) 984-8200
4  Facsimile: (415) 984-8300

5  Attorneys for Plaintiff,
   BISCOTTI, INC.

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10  BISCOTTI, INC.,                          Case No.                    3681

11                  Plaintiff,
                                             **COMPLAINT FOR COPYRIGHT
12       v.                                  INFRINGEMENT**          **BZ**

13  KANDY KISS OF CALIFORNIA, INC.           **JURY TRIAL DEMANDED**
    d/b/a Zoey, and DOES 1-10, inclusive,
14                                           **DISCLOSURE OF NON-PARTY
                    Defendants.              INTERESTED ENTITIES OR
15                                           PERSONS/CORPORATE DISCLOSURE**

16

17          Plaintiff Biscotti, Inc., ("Plaintiff" or "Biscotti") by its attorneys Nixon Peabody LLP, for its

18  Complaint against Defendant Kandy Kiss of California, Inc. d/b/a Zoey ("Defendant" or "Zoey") and

19  Does 1-10, inclusive, alleges as follows:

20          1.      This is an action for copyright infringement in violation of 17 U.S.C. § 501, et seq.

21                                          **PARTIES**

22          2.      Plaintiff is a corporation formed under the laws of the State of California, with its

23  principal place of business at 5601 San Leandro Street, Oakland, California, 94621.

24          3.      Plaintiff is informed and believes, and on that basis alleges, that Defendant is a

25  domestic business corporation organized under the laws of the California, with its principal place of

26  business at 13931 Balboa Boulevard, Sylmar, California 91342.

27          4.      Plaintiff is ignorant of the true names and capacities of defendants sued as Does 1-10

28  inclusive, and therefore sues these defendants by such fictitious names. Plaintiff is informed and

COMPLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO.                                                              10608237.2

1  believes, and on that basis alleges, that the Doe defendants are, in some manner, entities related to

2  Defendant and are responsible to Plaintiff for the matters alleged herein and/or are interested in the

3  matters which are the subject of this Complaint, and, therefore should be made parties to this action.

4  When the true names or capacities of Does 1-10 are ascertained, Plaintiff will amend this Complaint

5  accordingly.

## JURISDICTION AND VENUE

6

7    5.    This Court has subject matter jurisdiction under:  (i) 28 U.S.C. § 1331 because the

8  case concerns a question arising under the laws of the United States of America; (ii) 28 U.S.C. § 1338

9  because this is an action for copyright infringement..

10    6.    Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because a

11  substantial part of the events giving rise to the claim occurred in this judicial district.

## FACTUAL BACKGROUND

12

13    7.    Plaintiff has been manufacturing and designing children's clothing for over twenty

14  years.  Plaintiff offers numerous dress collections for girls and infants.

15    8.    Plaintiff's clothing is sold throughout the country in major department stores such as

16  Nordstrom and J.C. Penney, and at over 800 boutiques and specialty stores.  Plaintiff promotes its

17  products through advertisements in trade and retail publications, attendance of tradeshows, and its

18  web-site.  Plaintiff's clothing is the subject of numerous news articles focusing on Plaintiff's

19  innovative designs.  Plaintiff has received numerous prestigious "Earnie" awards for design

20  excellence.  The Earnie Awards are voted on by a cross-section of industry experts, including fashion

21  editors from both trade and consumer publications, representatives from children's buying offices and

22  an array of national and specialty retailers.  The top three nominees in each category are listed on a

23  final voting ballot, which is distributed to a diverse selection of "Earnshaw's" retail subscribers

24  across the country.

25    9.    Plaintiff is the owner of United States Copyright Number VA 1-272-148, entitled

26  "Emma's Rose."  Emma's Rose is an original embroidery design of roses, leaves, and rose buds of

27  various sizes, and includes a scalloped border.  Emma's Rose was created in 2004.  True and accurate

28

-2-

COMPLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO.

10608237.2

1   photographs of the Emma's Rose embroidery design are attached hereto as Exhibits A and B. A true

2   and correct copy of Copyright Number VA 1-272-148 is attached hereto as Exhibit C.

3        10.    Plaintiff first incorporated the Emma's Rose design into various Biscotti dress

4   collections in August 2004, and shipped these Biscotti dress collections for sale to the public on or

5   about January 31, 2005.

6        11.    Since their launch in 2005, the Biscotti dress collections containing the Emma's Rose

7   embroidery have become a mainstay of Plaintiff's designs. Plaintiff has sold tens of thousands of

8   Biscotti dresses containing the Emma's Rose embroidery to its customers.

9        12.    Plaintiff is informed and believes, and on that basis alleges, that Zoey is a competitor

10  of Plaintiff in that Defendant, like Plaintiff, sells little girls' dresses to national and boutique retailers

11  and such garments are marketed and promoted to the same class of retail customers.

12       13.    In [Spring 2006], Plaintiff first learned that Zoey was selling girls' dresses that

13  included embroidery substantially similar to the Emma's Rose design. In addition, the embroidery on

14  the Zoey's dresses is similar shades of pink, white and green to that of the Emma's Rose embroidery

15  on the Biscotti dresses.

16       14.    Plaintiff is informed and believes, and on that basis alleges, that the Defendant has

17  shipped thousands of the infringing Zoey dresses to retail stores, such as Mervyn's and others, for

18  sale. Plaintiff is informed and believes, and on that basis alleges, that Zoey had access to Biscotti

19  dresses bearing the Emma's Rose embroidery prior to the launch of the infringing Zoey dresses

20  bearing designs substantially similar to the Emma's Rose.

21       15.    Plaintiff is informed and believes, and on that basis alleges, that Defendant

22  intentionally and in bad faith copied Plaintiff's copyrighted Emma's Rose embroidery.

23  **CAUSE OF ACTION—COPYRIGHT INFRINGEMENT FOR EMMA'S ROSE**

24       16.    Plaintiff repeats and realleges paragraphs 1-15 as if set forth fully herein.

25       17.    The Biscotti dresses include original designs owned by Plaintiff, including the

26  Emma's Rose embroidery, which constitutes copyrightable subject matter under the laws of the

27  United States.

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                    10608237.2
CASE NO.

1    18.    Plaintiff has complied fully with 17 U.S.C. § 101 et seq., the statutory deposit and

2    registration requirements thereof, and all of the laws governing federal copyrights, to secure the

3    exclusive rights and privileges in and to the copyright for the Emma's Rose embroidery, and has filed

4    the requisite application and obtained from the Register of Copyrights Certificate of Copyright

5    Registration Number VA 1-272-148 covering the Emma's Rose Embroidery.

6    19.    Since the date the Emma's Rose copyright was published, Plaintiff has owned the

7    Emma's Rose copyright and owns all copyright interests in the Emma's Rose embroidery.

8    20.    Plaintiff is informed and believes, and on that basis alleges, that since [2006], Zoey

9    has willfully infringed and continues to willfully infringe Plaintiff's copyrights in its Emma's Rose

10    embroidery.  In particular, Zoey has copied the original Emma's Rose design and, without Plaintiff's

11    consent, has distributed girls' dresses that include an embroidery design substantially similar to

12    Emma's Rose.

13    21.    Exhibit D attached hereto reveals the substantial similarity between Plaintiff's

14    copyrighted Emma's Rose embroidery and Zoey's infringing embroidery.

15    22.    Zoey's copying of Plaintiff's copyrighted design constitutes copyright infringement in

16    violation of 17 U.S.C. § 501 et seq.

17    23.    Unless restrained and enjoined by this Court, Zoey will continue to infringe Plaintiff's

18    Emma's Rose copyright.

19    24.    As a direct consequence of Zoey's infringement, Plaintiff has suffered irreparable

20    injury.  Plaintiff will continue to suffer irreparable injury unless the Court enjoins Zoey from

21    infringing the Emma's Rose copyright.

22    25.    Plaintiff is informed and believes, and on that basis alleges, that Zoey has derived,

23    received and will continue to derive and receive gains, profits and advantages from its infringement,

24    including gains, profits and advantages not presently known to Plaintiff, and Plaintiff has been and

25    will continue to be greatly damaged in an amount to be determined at trial.

26

27

28

-4-

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                    10608237.2
CASE NO.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendant as follows:

1. That Zoey and its officers, agents, servants, employees and attorneys, and all those persons in active concert or participation with them, be forthwith preliminarily and thereafter be permanently enjoined, pursuant to 17 U.S.C. § 502, from:

    a. Copying, reproducing, creating derivative works of, distributing, using, marketing, or selling Plaintiff's design in the Emma's Rose embroidery or any substantially similar variation of Plaintiff's design in the Emma's Rose embroidery in any manner; and

    b. Otherwise infringing Plaintiff's copyright rights.

2. That Zoey be required to account to Plaintiff for any and all profits derived by Zoey and for all damages sustained by Plaintiff by reason of Zoey's actions complained of herein;

3. That Zoey be held liable and be ordered to pay Plaintiff all damages that Plaintiff has sustained resulting from Zoey's acts complained of herein, subject to proof at trial, and that Plaintiff be awarded the profits of Zoey derived by reason of said acts, or statutory damages, whichever is greater, all as determined by said accounting;

4. That any statutory damages be increased and awarded to Plaintiff pursuant to 17 U.S.C. § 504;

5. That Plaintiff recover its costs, attorneys' fees and expenses of this suit from Zoey pursuant to 17 U.S.C. § 505; and

6. That Plaintiff be awarded such other and further relief as the Court may deem just and proper.

DATED: July 17, 2007        NIXON PEABODY LLP

By: _____
Glenn E. Westreich
Rosalyn P. Mitchell
Attorneys for Plaintiff
BISCOTTI, INC.

-5-

1

**DEMAND FOR JURY TRIAL**

2  Plaintiff BISCOTTI, INC. hereby demands a trial by jury on all issues triable of right by a

3  jury that are raised for determination by this Complaint or that may be raised by any counterclaim to

4  be filed herein.

5

6  DATED: July 17, 2007                              Respectfully submitted,

7                                                     NIXON PEABODY LLP

8

9                                       By:  _Rosalyn M Mitchell_

10                                            Glenn E. Westreich
                                             Rosalyn P. Mitchell
                                             Attorneys for Plaintiff
11                                            BISCOTTI, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                        10608237.2
CASE NO.

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS/CORPORATE

2

## DISCLOSURE

3         Pursuant to Civil Local Rule 3-16 and Federal Rule of Civil Procedure 7.1, the undersigned

4    certifies that as of this date, other than the named parties, there is no such interest to report and are no

5    such parties to identify.

6

7    DATED:  July 17, 2007                                Respectfully submitted,

8                                                                          NIXON PEABODY LLP

9

10                                                          By: _____
                                                                  Glenn E. Westreich

11                                                              Rosalyn P. Mitchell
                                                                  Attorneys for Plaintiff

12                                                              BISCOTTI, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-7-

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                                    10608237.2
CASE NO.

**EXHIBIT A**



**EXHIBIT B**



**EXHIBIT C**

Certificate of Registrat~



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
**for a Work of the Visual Arts**
**UNITED STATES COPYRIGHT OFFICE**

**VA 1-272-148**

|||||||||||||||
KV68012721484

~ ~~~.ₑ uₐₜₑ OF REGISTRATION

**AUG 26 2004**

Month   Day   Year

ARATE CONTINUATION SHEET.

**NATURE OF THIS WORK ▼** See Instructions

**1** EMMA ROSE                          Fabric Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Biscotti, Biscotti Collezione, Baby Biscotti, Amber Celeste, Jenny Annie Dots, Amanda Rose, Kate Mack, Water Ballet

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**
**a** **NAME OF AUTHOR ▼**
Biscotti, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___U.S.A.___
{ Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
{ Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed
2004   Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month JULY   Day 31   Year 2004
Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Biscotti, Inc.
5601 San Leandro Street, Oakland, CA, 94621

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**AUG 26 2004**
ONE DEPOSIT RECEIVED
**AUG 26 2004**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY *[signature]*

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**    **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a  See instructions before completing this space.
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**    **Account Number ▼**

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nannette Love / Robert Mack
c/o Biscotti, Inc., 5601 San Leandro Street, Oakland, 94621

b

Area code and daytime telephone number    ( 510 ) 434-9122    Fax number    ( 510 ) 532-3269

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Biscotti, Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Bernadette Reiss    Date  8/16    2004

Handwritten signature (X) ▼

X *[signature]*

Certificate will be mailed in window envelope to this address:

Name ▼
Biscotti, Inc.    Attn.: Nannette Love

Number/Street/Apt ▼
5601 San Leandro Street

City/State/ZIP ▼
Oakland, CA 94621

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**EXHIBIT  D**



(A)

(B)

Biscotti Dress Bodice
Tag ID: size5 style392VIC

(C)

(A)

(B)

ess Bodice
ze 7 style#C27678B

(C)

