

**FILE BY FAX**

Mark D. Brutzkus, SBN 128102
Luis A. Garcia, SBN 146876
EZRA | BRUTZKUS | GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: 818-827-9000
Facsimile: 818-827-8099
E-mail:   mbrutzkus@ebg-law.com
          lgarcia@ebg-law.com

Attorneys for Defendant
KANDY KISS OF CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BISCOTTI, INC., | ) CASE NO. C 07-3681 BZ |
| Plaintiff, | ) **DEFENDANT KANDY KISS OF** |
| | ) **CALIFORNIA, INC.'S** |
| vs. | ) **CERTIFICATION OF** |
| | ) **INTERESTED ENTITIES OR** |
| KANDY KISS OF CALIFORNIA, INC., | ) **PERSONS** |
| d/b/a Zoey; and DOES 1 through 10, | ) |
| inclusive. | ) [Civil Local Rule 3-16] |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date,

other than the named parties, there is no such interest to report.

Dated: September 21, 2007          Respectfully submitted,

                                   EZRA | BRUTZKUS | GUBNER LLP

                                   By: _____
                                       MARK D. BRUTZKUS
                                       LUIS A. GARCIA
                                       Attorneys for Defendant
                                       **KANDY KISS OF CALIFORNIA,
                                       INC.**

1

DEF. KANDY KISS OF CALIFORNIA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action or proceeding. I am employed by the law firm of Ezra|Brutzkus|Gubner LLP located at 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367, Telephone: (818) 827-9000, Facsimile: (818) 827-9099.

On September 24, 2007, I served the foregoing document described as **DEFENDANT KANDY KISS OF CALIFORNIA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in said action, as follows:

PLEASE SEE ATTACHED SERVICE LIST

☒  (By Mail) I caused such envelope with postage thereon, fully prepaid, to be placed in the United States mail. Executed on September 24, 2007, at Woodland Hills, California.

☐  (By Facsimile)  I caused said document to be sent via facsimile. Executed on _____, 2007, at Woodland Hills, California.

☐  (By Personal Service)  I caused such envelope to be delivered by hand to the offices of the addressee. Executed _____, 2007, at Woodland Hills, California.

☐  (By Federal Express/Express Mail)  I caused said document to be sent via Federal Express / Express Mail for next business day delivery. Executed on _____, 2007, at Woodland Hills, California.

☒  (Federal)  Executed this 24th day of September, 2007, I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

_Janice Henry_
JANICE HENRY

2

DEF. KANDY KISS OF CALIFORNIA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

## SERVICE LIST

*Biscotti, Inc. vs. Kandy Kiss of California, Inc., etc.*
U.S.D.C. ND CA Case No. C 07-3681 BZ

Attorneys for Plaintiff Briscotti, Inc.
Glenn E. Westreich
Rosalyn P. Mitchell
**NIXON PEABODY LLP**
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Ph.: 415-984-8200
Fax: 415-984-8300

3

DEF. KANDY KISS OF CALIFORNIA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS