**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 25, 2007

RE:  <u>BISCOTTI, INC -v- KANDY KISS OF CALIFORNIA, INC.</u>
       Case Number: C-07-3681-BZ

**Default** is *declined* as to *Defendant Kandy Kiss of California, Inc.*, *d/b/a Zoey* on September 25, 2007.

RICHARD W. WIEKING, Clerk

by:  <u>Thelma Nudo</u>
       Deputy Clerk