UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BISCOTTI, INC.

                Plaintiff(s),

v.

KANDY KISS OF CALIFORNIA, INC.
d/b/a ZOEY; etc. et al.
                Defendant(s).

Case No. 3:07-CV-03681-BZ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/31/07

Dated: 10/31/07

Def. Kandy Kiss of CA, Inc.
[Party]

Luis A. Garcia
[Counsel]

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action or proceeding. I am employed by the law firm of Ezra|Brutzkus|Gubner LLP located at 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367, Telephone: (818) 827-9000, Facsimile: (818) 827-9099.

On October 31, 2007, I served the foregoing document described as **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the interested parties in said action, as follows:

PLEASE SEE ATTACHED SERVICE LIST

☒ (By Mail) I caused such envelope with postage thereon, fully prepaid, to be placed in the United States mail. Executed on October 31, 2007, at Woodland Hills, California.

☒ (By Facsimile) I caused said document to be sent via facsimile. Executed on October 31, 2007, at Woodland Hills, California.

☐ (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee. Executed _____, 2007, at Woodland Hills, California.

☐ (By Federal Express/Express Mail) I caused said document to be sent via Federal Express / Express Mail for next business day delivery. Executed on _____, 2007, at Woodland Hills, California.

☒ (Federal) Executed this 31th day of October, I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

_____
JANICE HENRY

---
1
ADR CERTIFICATION BY PARTIES AND COUNSEL

## SERVICE LIST

*Biscotti, Inc. vs. Kandy Kiss of California, Inc., etc.*
U.S.D.C. ND CA Case No. C 07-3681 BZ

<u>Attorneys for Plaintiff Briscotti, Inc.</u>
Glenn E. Westreich
Rosalyn P. Mitchell
**NIXON PEABODY LLP**
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Ph.: 415-984-8200
Fax: 415-984-8300

2
ADR CERTIFICATION BY PARTIES AND COUNSEL