# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

November 2, 2007

To:  Rosalyn Patrece Mitchell
Glenn Edward Westreich, Esq.
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111

Luis A. Garcia
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Re: Biscotti Inc. v. Kandy Kiss of California - C07-3681 BZ

Dear Sir or Madam:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **November 19, 2007 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form by November 6, 2007.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

_/s/ Lashanda Scott_
By:   Lashanda Scott
         Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd