1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  BISCOTTI, INC.

12                                                    No. C 07-3681 BZ

                Plaintiff(s),            DECLINATION TO PROCEED BEFORE
13                                        A MAGISTRATE JUDGE
         v.                                       AND
14  KANDY KISS OF CALIFORNIA, INC., etc. et   REQUEST FOR REASSIGNMENT TO A
    al.                                    UNITED STATES DISTRICT JUDGE
15
                Defendant(s).
16  _____/

17       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18       The undersigned party hereby declines to consent to the assignment of this case to a United

19  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

20  a United States District Judge.

21

22  Dated: 11/2/07                          Signature _____

23                                          Counsel for Def. Kandy Kiss of Calif., Inc.
                                            (Plaintiff, Defendant, or indicate "pro se")
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action or proceeding. I am employed by the law firm of Ezra|Brutzkus|Gubner LLP located at 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367, Telephone: (818) 827-9000, Facsimile: (818) 827-9099.

On November 2, 2007, I served the foregoing document described as **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the interested parties in said action, as follows:

PLEASE SEE ATTACHED SERVICE LIST

☒ (By Mail) I caused such envelope with postage thereon, fully prepaid, to be placed in the United States mail. Executed on November 2, 2007, at Woodland Hills, California.

☒ (By Facsimile) I caused said document to be sent via facsimile. Executed on November 2, 2007, at Woodland Hills, California.

☐ (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee. Executed _____, 2007, at Woodland Hills, California.

☐ (By Federal Express/Express Mail) I caused said document to be sent via Federal Express / Express Mail for next business day delivery. Executed on _____, 2007, at Woodland Hills, California.

☒ (Federal) Executed this 2nd day of November, 2007, I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

*Janice Henry*
JANICE HENRY

2
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

## SERVICE LIST

*Biscotti, Inc. vs. Kandy Kiss of California, Inc., etc.*
U.S.D.C. ND CA Case No. C 07-3681 BZ

Attorneys for Plaintiff Briscotti, Inc.
Glenn E. Westreich
Rosalyn P. Mitchell
**NIXON PEABODY LLP**
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Ph.: 415-984-8200
Fax: 415-984-8300

3
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**