UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISCOTTI, INC., | Case No. C 07-3681 VRW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| KANDY KISS OF CALIFORNIA, INC., et al., | |
| Defendant(s). | |

This action having been reassigned to Judge Vaughn R Walker;

YOU ARE HEREBY NOTIFIED THAT a Case Management Conference has been scheduled for **Thursday, December 20, 2007 at 3:30 p.m.** before the Honorable Vaughn R Walker.

Copies of the Local Rules, Standing Orders, the Court's weekly calendar and available motion hearing dates may be downloaded from the district courts Internet site:

http://www.cand.uscourts.gov . A link to the page may be found on the Court's home page.

Please report to Courtroom no. 6, 17th floor, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated: November 16, 2007

By: *Cora Klein*

Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

**(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Certificate of Service)**

attachments                              1