Glenn E. Westreich (State Bar No. 100457)
Rosalyn P. Mitchell (State Bar No. 173829)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Plaintiff,
BISCOTTI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISCOTTI, INC., <br><br>Plaintiff, <br><br>v. <br><br>KANDY KISS OF CALIFORNIA, INC. d/b/a Zoey, and DOES 1-10, inclusive, <br><br>Defendants. | Case No. 3:07-cv-3681 BZ <br><br>**STIPULATION AND PROPOSED ORDER RE PRIVATE MEDIATION IN LIEU OF COURT-CONNECTED MEDIATION** <br><br>Complaint Filed: July 17, 2007 |

IT IS HEREBY STIPULATED, between plaintiff, BISCOTTI, INC., ("Plaintiff") and defendant KANDY KISS OF CALIFORNIA, INC. d/b/a Zoey ("Defendant") by and through their respective attorneys of record herein, that:

1. WHEREAS, on July 17, 2007, Plaintiff filed this civil action for copyright infringement and related claims, and

2. WHEREAS on September 24, 2007, Defendant filed its Answer to Complaint.

3. WHEREAS on July 17, 2007, the Court referred this matter to the court-connected mediation program pursuant to (ADR L.R. 6), and

4. WHEREAS the parties have agreed to attend private mediation in lieu of court-connected mediation. The parties are in the process of coordinating a date with a private mediator.

- 1 -

1  Both parties believe private mediation will be more conducive to resolution of the case.

2  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, as follows:

3  1.  The parties agree to attend private mediation in lieu of court-ordered arbitration as regards this matter, and

5  2.  The parties will confer and endeavor to agree upon a mutually acceptable mediator and will promptly notify the court of their selection once a date has been confirmed.

Dated: November 27, 2007        NIXON PEABODY LLP

By: _____
GLENN E. WESTREICH
ROSALYN P. MITCHELL
Attorneys for Plaintiff
BISCOTTI, INC.

Dated: November 16, 2007        EZRA, BRUTZKUS, GUBNER LLP

By: _____
MARK D. BRUTZKUS
LUIS A. GARCIA
Attorneys for Defendant
KANDY KISS OF CALIFORNIA, INC. d/b/a Zoey

It is so ordered.

Dated: _____

By: _____
The Honorable Bernard Zimmerman
Magistrate Judge

# PROOF OF SERVICE

*Biscotti, Inc. v. Kandy Kiss of California, Inc., et al.*
**United States District Court, Northern District**
**Case No.   3:07-cv-3681 BZ**

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111-3600.

On November 27, 2007, I served the following document(s):

**STIPULATION AND PROPOSED ORDER RE PRIVATE MEDIATION IN LIEU OF COURT-CONNECTED MEDIATION**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

 X :   **By First-Class Mail** — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, CA, for mailing to the office of the addressee following ordinary business practices.

 ___ :   **By Personal Service** — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

 ___ :   **By Overnight Courier** — I caused each such envelope to be given to an overnight mail service at San Francisco, CA, to be hand delivered to the office of the addressee on the next business day.

 ___ :   **By Facsimile** — From facsimile number 415-984-8300, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

## Addressee(s)

| | |
|---|---|
| Mark D. Brutzkus, Esq.<br>Luis A. Garcia, Esq.<br>EZRA, BRUTZKUS, GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA  91367 | Attorneys for Defendant Kandy Kiss of California, dba Zoey<br><br>Telephone:    (818) 827-9000<br>Facsimile:      (818) 827-9099<br>mbrutzkus@egb-law.com<br>lgarcia@ebg-law.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 27, 2007, at San Francisco, California.

_____
Cara M. Kim

- 1 -

PROOF OF SERVICE

10790131.1