UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date :  December 20, 2007

**C 07-3681  VRW        BISCOTTI INC  v  KANDY KISS OF CALIFORNIA INC et al**

Attorneys : For Plaintiff(s):    Donald Bartels, Rosalyn Mitchell

       For Defendant(s):    Mark Brutzkus


Deputy Clerk: Cora Klein                                   Reporter: not reported

PROCEEDINGS:

Initial Case Management Conference - Held

ADR to be used: Parties agreed to Private Mediation.

Fact Discovery Cutoff: __                Designation of Experts/Reports: __
Rebuttal Expert/Report: __               Experts Discovery Cutoff: __

Further Case Management Conference:  4/17/2008  at 3:30 p.m.

SCHEDULE:

DISPOSITIVE MOTIONS HEARING:  6/19/2008  at 2:30 p.m.
File Motion:                                Opposition:                           Reply:

PRETRIAL CONFERENCE:  8/14/2008  at 3:30 pm (including motions in limine)

TRIAL DATE:  9/22/2008  at 8 :30 a.m.    Jury/Court -  5 days


Order to be prepared by:    Plntf_____    Deft_____    Court_x_