Donald L. Bartels (State Bar No. 65142)
Rosalyn P. Mitchell (State Bar No. 173829)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Telephone:  (415) 984-8200
Facsimile:   (415) 984-8300
dbartels@nixonpeabody.com
rmitchell@nixonpeabody.com

Attorneys for Plaintiff BISCOTTI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISCOTTI, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>KANDY KISS OF CALIFORNIA, INC.<br>d/b/a Zoey, and DOES 1-10, inclusive,<br><br>               Defendants. | Case No.  3:07-cv-03681-VRW<br><br>**NOTICE OF CHANGE OF COUNSEL** |

Biscotti, Inc. hereby designates the following attorney from Nixon Peabody LLP to be included with Rosalyn P. Mitchell as counsel OF RECORD in this action:

```
                    Donald L. Bartels
                    One Embarcadero Center, 18th Floor
                    San Francisco, CA 94111
                    Telephone:   (415) 984-8200
                    Facsimile:   (415) 984-8300
                    dbartels@nixonpeabody.com
```

The following attorney is no longer counsel of record in this action and should be removed from all service lists:

        Glenn E. Westreich.

Dated: December 21, 2007             NIXON PEABODY LLP

                                     By:   /s/
                                          ROSALYN P. MITCHELL
                                          Attorneys for Plaintiff
                                          BISCOTTI, INC.

*Biscotti, Inc. v. Kandy Kiss of California, Inc., et al.*
**United States District Court, Northern District**
Case No. 3:07-cv-3681 VRW

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111-3600.

On December 21, 2007, I served the following document(s):

**NOTICE OF CHANGE OF COUNSEL**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__: By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, CA, for mailing to the office of the addressee following ordinary business practices.

____: By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____: By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, CA, to be hand delivered to the office of the addressee on the next business day.

____: By Facsimile — From facsimile number 415-984-8300, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

### Addressee(s)

| | |
|---|---|
| Mark D. Brutzkus, Esq.<br>Luis A. Garcia, Esq.<br>EZRA, BRUTZKUS, GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA  91367 | Attorneys for Defendant Kandy Kiss of California, dba Zoey<br><br>Telephone:   (818) 827-9000<br>Facsimile:    (818) 827-9099<br>mbrutzkus@egb-law.com<br>lgarcia@ebg-law.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 21, 2007, at San Francisco, California.

_____
Cara M. Kim

10850062.2