**United States District Court**
For the Northern District of California

1
2
3           IN THE UNITED STATES DISTRICT COURT
4
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
BISCOTTI, INC.,
6                                           No.  C 07-3681  VRW
            Plaintiff,
7
    v.                                      **CLERK'S NOTICE**
8
KANDY KISS OF CALIFORNIA, INC.,
9  et al.,
10          Defendants.
                                          /
11

12  (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the
    Notice of Electronic Filing or the Certificate of Service)
13

14      YOU ARE NOTIFIED THAT the Court has rescheduled the further case management

15  conference for the above case from April 17, 2008 to April 24, 2008 at 3:30 p.m.    Please report

16  to Courtroom  6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

17  Parties requesting a continuance shall submit a stipulation and proposed order. If parties are

18  unable to reach a stipulation, the requesting party shall submit an exparte application with a

19  proposed order.

20  Dated: February 5, 2008

21                                          FOR THE COURT,
                                            Richard W. Wieking, Clerk
22

23                                          By: *Cora Klein*
24                                              Courtroom Deputy Clerk to
                                                Chief Judge Vaughn R Walker
25
26
27
28