| | |
|---|---|
| 1 | Mark D. Brutzkus, SBN 128102 |
| 2 | Luis A. Garcia, SBN 146876 |
| 3 | EZRA | BRUTZKUS | GUBNER LLP |
|   | 21650 Oxnard Street, Suite 500 |
| 4 | Woodland Hills, California 91367 |
| 5 | Telephone: 818-827-9000 |
|   | Facsimile: 818-827-8099 |
| 6 | E-mail: mbrutzkus@ebg-law.com |
| 7 | lgarcia@ebg-law.com |

Attorneys for Defendant
KANDY KISS OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISCOTTI, INC., | CASE NO. C 07-3681 BZ |
| Plaintiff, | [Assigned to Hon. Bernard Zimmerman] |
| vs. | **DEFENDANT KANDY KISS OF CALIFORNIA, INC.'S APPLICATION TO ATTEND FURTHER CASE MANAGEMENT CONFERENCE BY TELEPHONE; AND ORDER** |
| KANDY KISS OF CALIFORNIA, INC., d/b/a Zoey; and DOES 1 through 10, inclusive, | |
| Defendants. | **Pursuant to Civil L.R. 16-10(a)** |
|  | Date: April 24, 2008 |
|  | Time: 3:30 p.m. |
|  | Courtroom: G, 15th Floor |

///
///
///
///

1
DEFENDANT KANDY KISS'S REQUEST TO APPEAR TELEPHONICALLY

Pursuant to Civil L.R. 16-10(a), Defendant Kandy Kiss of California, Inc. (hereafter referred to as "Kandy Kiss") respectfully requests the court for leave to participate in the Further Case Management Conference set for April 24, 2008, at 3:30 p.m., by telephone. Good cause exists to grant Kandy Kiss leave to appear by telephone because Kandy Kiss's counsel, Ezra|Brutzkus|Gubner LLP, is located in Woodland Hills (Los Angeles), California, counsel for Kandy Kiss cooperated with counsel for Plaintiff Biscotti, Inc. in the preparation of the Joint Case Management Statement, and the same was timely filed.

Dated: March 25, 2008

EZRA | BRUTZKUS | GUBNER LLP

By: _____
MARK D. BRUTZKUS
LUIS A. GARCIA
Attorneys for Defendant
**KANDY KISS OF CALIFORNIA, INC.**