Mark D. Brutzkus, SBN 128102
Luis A. Garcia, SBN 146876
EZRA | BRUTZKUS | GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: 818-827-9000
Facsimile: 818-827-8099
E-mail:    mbrutzkus@ebg-law.com
               lgarcia@ebg-law.com


Attorneys for Defendant
KANDY KISS OF CALIFORNIA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISCOTTI, INC., | CASE NO. C 07-3681 VRW |
| Plaintiff, | [Assigned to Hon. Bernard Zimmerman] |
| vs. | **DEFENDANT KANDY KISS OF CALIFORNIA, INC.'S APPLICATION TO ATTEND FURTHER CASE MANAGEMENT CONFERENCE BY TELEPHONE; AND ORDER** |
| KANDY KISS OF CALIFORNIA, INC., d/b/a Zoey; and DOES 1 through 10, inclusive, | |
| Defendants. | **Pursuant to Civil L.R. 16-10(a)** |
| | Date:        April 24, 2008<br>Time:        3:30 p.m.<br>Courtroom: 6, 17th Floor |

/ / /

/ / /

/ / /

/ / /

1
DEFENDANT KANDY KISS'S REQUEST TO APPEAR TELEPHONICALLY

1    Pursuant to Civil L.R. 16-10(a), Defendant Kandy Kiss of California, Inc.

2 (hereafter referred to as "Kandy Kiss") respectfully requests the court for leave to

3 participate in the Further Case Management Conference set for April 24, 2008, at

4 3:30 p.m., by telephone.  Good cause exists to grant Kandy Kiss leave to appear by

5 telephone because Kandy Kiss's counsel, Ezra|Brutzkus|Gubner LLP, is located in

6 Woodland Hills (Los Angeles), California, counsel for Kandy Kiss cooperated

7 with counsel for Plaintiff Biscotti, Inc. in the preparation of the Joint Case

8 Management Statement. And the same was timely filed.

9

10    Dated:  March 25, 2008              **EZRA | BRUTZKUS | GUBNER LLP**

11                                            By: _____

12                                            Mark D. Brutzkus
                                             Luis A. Garcia
13                                            Attorneys for Defendant
                                             **KANDY KISS OF**
14                                            **CALIFORNIA, INC.**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT KANDY KISS'S REQUEST TO APPEAR TELEPHONICALLY