# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISCOTTI, INC., | CASE NO. C 07-3681 VRW |
| Plaintiff, | [Assigned to Hon. Bernard Zimmerman] |
| vs. | |
| KANDY KISS OF CALIFORNIA, INC., d/b/a Zoey; and DOES 1 through 10, inclusive, | [PROPOSED] ORDER GRANTING DEFENDANT KANDY KISS OF CALIFORNIA, INC.'S APPLICATION TO ATTEND FURTHER CASE MANAGEMENT CONFERENCE BY TELEPHONE; AND ORDER |
| Defendants. | |
| | Pursuant to Civil L.R. 16-10(a) |
| | Date:     April 24, 2008<br>Time:     3:30 p.m.<br>Courtroom: 6, 17th Floor |

**GOOD CAUSE BEING SHOWN**, Defendant Kandy Kiss of California, Inc.'s Request to Appear Telephonically at Further Status Conference on April 24, 2008, at 3:30 p.m., is granted.

**IT IS SO ORDERED.**

_____
Chief Judge Vaughn R. Walker

1

DEFENDANT KANDY KISS'S REQUEST TO APPEAR TELEPHONICALLY