UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

VAUGHN R. WALKER
United States District Chief Judge

**DATE:**  April 24, 2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**  Not reported

**CASE NO.** C 07-3681 VRW

**TITLE:** BISCOTTI INC. v KANDY KISS OF CALIFORNIA, et al.

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Rosalyn Mitchell | Mark Brutzkus |

**PROCEEDINGS:**   1. Further CMC (telephonic)
                            2.

**RESULTS:**   The parties agree that no change in the schedule, form or requirement for disclosures under Rule 26 should be made, or limitations on discovery and each side reserves the right to move for a protective order to increase or limit the amount and timing of any discovery.
The parties agree to get a mediator by the end of May.