Donald L. Bartels (SB No. 65142)
dbartels@nixonpeabody.com
Rosalyn P. Mitchell (SB No. 173829)
rmitchell@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Plaintiff
BISCOTTI, INC.

Mark D. Brutzkus (SB No. 128102)
mbrutzkus@ebg-law.com
Luis A. Garcia (SB No. 146876)
lgarcia@ebg-law.com
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: (818) 827-9000
Fax: (818) 827-8099

Attorneys for Defendant
KANDY KISS OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISCOTTI, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>KANDY KISS OF CALIFORNIA, INC., et al.,<br><br>           Defendant. | No. 3:07-cv-03681-VRW<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED, Plaintiff Biscotti, Inc. and Defendant Kandy Kiss of California, Inc., by their respective counsel, having reached a mutually agreeable settlement, that Case No. 3:07-cv-03681-VRW be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

STIPULATION 3:07-CV-03681-VRW                                                                                                         11040290.1

1  IT IS SO STIPULATED.

2

3  Dated: ___6/26/2008_____          Dated: ___6/26/2008_____

4  /s/_____    /s/_____
5  Rosalyn Mitchell Esq.                   Mark D. Brutzkus Esq.
   Nixon Peabody, LLP                      Ezra, Brutzkus & Gubner, LLP
6  Counsel for Plaintiffs                  Counsel for Defendants

7
   THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
8

9  Dated: ___June 27, 2008_____       _____
                                           United States District Court Judge
10

**IT IS SO ORDERED**

Judge Vaughn R Walker

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA* (seal)